AO 91 (Rev. 11/11)  Criminal Complaint (Rev. by USAO on 3/12/20)      ☐ Original   ☐ Duplicate Original

## UNITED STATES DISTRICT COURT

for the

Central District of California

**FILED**

Sept 25, 2025

CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY *Nancy Boehme*
Deputy Clerk, U.S. District Court

LODGED
CLERK, U.S. DISTRICT COURT
**9/25/25**
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ MRV _____ DEPUTY

United States of America

v.

Jialei Shen,
aka "HUI HUI",

Defendant

Case No.   2:25-mj-05932-DUTY
**(UNDER SEAL)**

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of no later than in or around October 2022 until at least in or around September 2023 in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1956(h) | Money Laundering Conspiracy |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Daniel Clift
*Complainant's signature*

Daniel Clift, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:      September 25, 2025

*Judge's signature*

City and state:   Santa Ana, California

Hon. Douglas F. McCormick, U.S. Magistrate Judge
*Printed name and title*

K. Spencer (3531)

## <u>AFFIDAVIT</u>

I, DANIEL CLIFT, being duly sworn, declare and state as follows:

### I. <u>PURPOSE OF AFFIDAVIT</u>

1. This affidavit is made in support of a criminal complaint against and arrest warrant for JIALEI SHEN ("SHEN") also known as ("aka") "HUI HUI," for violation of Title 18, United States Code, Section 1956(h) (Money Laundering Conspiracy).

2. The facts set forth in this affidavit are based upon my personal observations; my training and experience; my prior involvement in this investigation, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only. All dates and times are approximate.

### II. <u>BACKGROUND OF SPECIAL AGENT DANIEL CLIFT</u>

3. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and have been so employed since June 2016. I hold a Master of Science in Economic Crime Management from Utica College, a Certificate of Taxation from the University of California San Diego, and I have been a Certified Fraud Examiner since October 2013. During my appointment as an SA, I was

assigned to a squad focusing on violent crime and major
offenders followed by a squad focusing on white collar crimes
and cyber enabled fraud, where I am currently assigned.  I have
conducted investigations involving money laundering facilitation
utilizing cryptocurrency as well as investment fraud, to include
digital investment fraud, also known as Pig Butchering.

4.    I have been a member of the FBI's Virtual Currency
Response Team since June 2022, where I received specialized
training on understanding, tracing, and analyzing records and
data pertaining to virtual currencies, and their use in money
laundering, investment fraud, and other criminal activities.  I
also attended formal briefings on digital investment frauds
involving the transfer of funds and techniques used to move and
obfuscate the origin of those funds.

### III. **SUMMARY OF PROBABLE CAUSE**

5.    In February 2025, ZEYUE JIA ("JIA"), MINGZHI LI
("LI"), and JUN SHI ("SHI") were charged in a criminal complaint
and arrested for operating MAGIC LOCATION TRADING LLC ("MAGIC
TRADING") and STONE WATER TRADING LLC ("STONE WATER"), which are
unlicensed money transmitting businesses based in Los Angeles,
California.  The entities, through accounts opened at various
banks throughout the United States, including Los Angeles,
transmitted more than $13 million in funds derived from "pig
butchering" scams, with at least $8 million transmitted to
foreign bank accounts.  (See 25-MJ-00533 (JIA); 25-MJ-00535
(LI); and 25-MJ-00538 (SHI).)  MAGIC TRADING was established in
part by SHI and LI (using the alias "Zheng Lin"), and STONE

WATER was established in part by SHI and JIA (using the alias "Jiao Jiao Liu").

6.   At the time of their arrests, the FBI seized cell phones from JIA, SHI, and LI.  Pursuant to a federal search warrant, the FBI reviewed text message conversations on JIA'S cellular telephone that showed that SHEN directed JIA and LI to open bank accounts in Los Angeles using fictitious passports provided by SHEN's associates.  Once the accounts were opened, JIA texted the login credentials for both accounts to SHEN so that SHEN and another co-conspirator could operate them remotely.

7.   The accounts were used to move funds which were the direct proceeds of fraud against individuals who resided in both the Central District of California and throughout the United States.

8.   In a voice message sent to JIA on a messaging application, SHEN acknowledged, in substance and in part, the accounts would be used to move scam money.

### IV. <u>STATEMENT OF PROBABLE CAUSE</u>

9.   Based on my review of law enforcement reports, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

**A.   Background of Pig Butchering Investment Frauds**

10.   The FBI has been investigating digital investment scams targeting victims in the United States and abroad, including victims located in the Central District of California. The fraudulent scheme, which is described more fully below, has

come to be known as digital investment fraud or "Pig Butchering" fraud.

11. In a typical Pig Butchering scheme, scammers use various social media and dating platforms to meet victims or send unsolicited messages through mobile telephone messaging applications to start conversations. Through these conversations, scammers gradually build relationships and indirectly get victims interested in virtual currency investments.

12. Victims are then introduced to fictitious digital investment or trading platforms, often through web domains or mobile applications that are downloaded from unique links sent directly from the scammer. The investments involve a variety of instruments, such as commodities like gold contracts or virtual currency such as Bitcoin. Regardless, each time a victim invests, they appear to nearly instantly earn a profit. In some cases, the victims are directed to spoofed websites, which are designed to closely resemble legitimate virtual currency websites, but the website links that the victims are provided are slightly different. In others, the victims are directed to the spoofed websites to download applications from the Internet, some of which have embedded malware, and are then instructed to invest funds in the fraudulent investment platforms either through money wires, virtual currency transfers, and in some cases, cash couriers who personally visit the victims to directly collect their cash.

13.  After the money wires, virtual currency transfers, or cash collections occur, the websites or applications appear to reflect the victims' deposits.  Victims are able to conduct trades within the platform using their account balance.  In nearly every instance, the victim earns a return on each investment trade.  Trades are generally short-term, and purport to use options contracts to leverage fluctuations in cryptocurrency values, foreign currencies, or commodities such as gold.

14.  To gain the victims' trust, the fraudulent websites or applications appear to reflect impressive financial gains in the victims' accounts, oftentimes causing the victims, at the behest of the scammers, to invest additional funds.  Some victims are even allowed to withdraw a small amount of their apparent profits to establish the legitimacy of the fraudulent investment platforms with the victims and encourage them to invest larger amounts of funds.

15.  When the victims attempt to withdraw the totality of their funds, they are told they are unable to do so by the fraudulent virtual currency platforms' "customer service" teams, which give the victims various excuses as to why their funds are unable to be withdrawn and, in some cases, instruct the victims to pay additional taxes and fees under the guise that such fees will allow the release of the victims' funds.  After a period of time, the scammers cease communications with the victims, and the victims are locked out of their accounts with the fraudulent virtual currency platforms.

**B.    Summary of Charges against SHI, LI, and JIA**

16.    On or about January 29, 2025, SHI, LI, and JIA were each charged in a criminal complaint for one count of Title 18 USC § 1960(b)(1)(a) (operating an unlicensed money service business).  The complaint alleged, in sum, that between approximately January 2023 and September 2023, SHI, LI, and JIA controlled and operated the unlicensed money transmitting businesses MAGIC LOCATION TRADING and STONE WATER TRADING. Between in or around January 2023 and September 2023, MAGIC LOCATION TRADING and STONE WATER TRADING transmitted at least $8 million of funds obtained from victims of pig butchering schemes to foreign bank accounts through accounts held by entities at different financial institutions.  The complaint underlying those charges in attached hereto as **Exhibit A** and incorporated by reference.

17.    On or about February 25, 2025, SHI, LI, and JIA were arrested on the charges contained in the above-referenced criminal complaint.  In the course of the arrest, FBI Special Agents seized cell phones from SHI, LI, and JIA.

18.    SHI, LI, and JIA were indicted on or about March 5, 2025 on charges of operating an unlicensed money transmitting business in violation of 18 U.S.C. § 1960(b)(1)(a).

**C.     Search of ZEYUE JIA'S Cellular Telephone**

19.    Pursuant to a federal search warrant, FBI personnel
began reviewing the contents of JIA'S cell phone, a tan colored
iPhone 16 Pro Max, in or around March 2025.[1]

20.    On or about June 13, 2025, FBI Translator Chichau Wu
("Translator Wu"), a certified Mandarin translator, and I
reviewed messages sent and received in the WeChat messaging
application ("WeChat") on JIA'S cellular telephone.[2]  In the
course of that review, we identified several message threads
between JIA and other WeChat users that discussed money
laundering activities, including the following:

        a.    A message thread between JIA and a user with
username "HUI HUI" beginning on or about October 26, 2021 and
ending on or about January 20, 2024 ("**WeChat-1**"); and

        b.    A message thread between JIA, LI, "HUI HUI," a
user with username "Lucas," and a user with username "Henry"
(i.e., other co-conspirators) beginning on or about November 18,
2022 and ending on or about June 22, 2023 ("**WeChat-2**").

---

[1] The contents of JIA's cell phone, including text and audio
materials, were primarily in Mandarin. As described herein, the
relevant messages were translated by a certified Mandarin
translator, who provided verbatim translations and summary
translations.  The translations provided herein reflect the
certified translator's understanding of the messages.

[2] Based on my experience with this and other investigations,
I know that WeChat is a Chinese instant messaging, social media,
and mobile payment application that is widely used in China and
by Chinese-speaking individuals.

**D. Messages from WeChat-1 Discussing Money Laundering Accounts**

21.     During the review of WeChat messages from **WeChat-1**, I reviewed several text and audio messages between JIA and "HUI HUI" that appeared to be discussing opening bank accounts for the purpose of receiving money obtained from fraud.  For instance, on August 19, 2022, "HUI HUI" and JIA exchanged the following messages:

> "HUI HUI":   Let's not consider that thing for now, I know people who got caught. It needs one to physically retrieve the money, so lots of risk.

> JIA:          Shit, ok ok, indeed big risk, thanks. Is it Arlene's friend who got caught? I heard a friend of hers got caught. Sigh... I was hoping to make some fast money to fill my debt, but I think safety is most important now.

22.     Based on my knowledge of this investigation, I believe that in the above text messages, "HUI HUI" is telling JIA that he does not want to get involved in a scam that would require them to physically withdraw money from a bank.

23.     Later, on October 5, 2022, JIA and "HUI HUI" exchanged the following audio messages:

> JIA:          If we are doing offline stuff, why do you need my photos? It's better if you can photoshop my photos so they don't look like us. I will only do it if it's risk free.

> "HUI HUI":   Don't worry, you guys are Tina's friend, I will take care of you.

> JIA:          We will be efficient, and if it is risk free like you said, we will do it. Let's create a group chat with LI so you don't have to relay messages to us repeatedly.

24.   The following day, on October 6, 2022, "HUI HUI" sent
JIA what appeared to be a passport photograph with instructions
for taking her own photograph.  JIA and "HUI HUI" then exchanged
the following audio messages:

> JIA:         How can you be sure that we won't get
>              caught?
>
> "HUI HUI":   Won't get caught, only the pictures are
>              yours, name, addresses are all fake,
>              nothing to do with you, even if cops go
>              to your door, so what? Pictures are
>              easily leaked. I won't ask you to go to
>              the bank and withdraw money, don't
>              worry.  But you have to open the
>              account, you don't have to do anything
>              after that, only maybe you'd have to go
>              fill out a form, not sure now.
>
> "HUI HUI":   This stuff, it's dangerous only when
>              withdrawing money, because the money one
>              would withdraw was scammed from other
>              people. But I won't ask you to withdraw
>              money, I am only asking you to do
>              everything prior to withdrawing the
>              money, no risk, you will see after you
>              have done it.

25.   JIA then sent "HUI HUI" a text message stating that
she understood and indicating that if she was asked by law
enforcement about the fake passports, she would say that she did
"not know how the pictures were stolen and used."

26.   Based on my knowledge of the investigation, I believe
that the above messages are related to fraudulent passports that
JIA and LI used to open bank accounts for MAGIC LOCATION and
STONE WATER.  I further believe that "HUI HUI" was telling JIA
that she did not have to worry about opening the accounts
because JIA and LI would not be physically withdrawing the money
from the accounts.  Based on "HUI HUI's" statement that "the

money one would withdraw was scammed from other people," I
believe that "HUI HUI" understood that the purpose of opening
the accounts was to receive money from fraud schemes.

27.  On November 2, 2022, "HUI HUI" sent JIA a message
reading: "Passport arrived, I am gonna run some loose ends here
for a couple of days, then you can go open."  Based on my
knowledge of this investigation, I believe that this message
indicates that "HUI HUI" procured the fraudulent passports that
JIA and LI used to open bank accounts for MAGIC LOCATION and
STONE WATER.

28.  On or about January 4, 2023, "HUI HUI" sent JIA the
following messages:

> "HUI HUI":      You there? Turn on the phone.
>
> Citi cannot reach you guys, they
> contacted the guarantor.
>
> Your is opened, LI's is not finished
> opening, needs him to go and sign
>
> 231-787-0321
>
> Call this number

29.  Based on my knowledge of this investigation, I know
that the STONE WATER Citibank Account identified in **Exhibit 1** as
CBNA-6846 was opened on or about December 30, 2022 by JIA, using
the alias "JIAO JIAO LIU," and SHI.  I also know that the MAGIC
LOCATION Citibank Account identified in **Exhibit 1** as CBNA-8626
was opened on or about January 10, 2023 by LI, using the alias
"Zheng Lin," and SHI.  Accordingly, I believe that in the above
text message, "HUI HUI" is talking to JIA about those accounts

and instructing JIA to have LI call Citibank to finish opening the CBNA-8626 account.

**E.  Messages from WeChat-2 Discussing Money Laundering Accounts**

30.  During the review of WeChat messages from **WeChat-2**, I reviewed additional text and audio messages between JIA, Li, "HUI HUI," and other co-conspirators that appeared to be discussing the opening of the above-referenced bank accounts. For instance, on August 19, 2022, "HUI HUI" sent the group the following audio message:

> "HUI HUI":  I gonna talk via voice message, you can take your time to listen to my messages. The reason this thing has been delayed for so long, is because we can't find a mailing address to receive the bank card after you guys open the bank account. I used to have some addresses, but I ran out of them. I asked JIA about it to see if you guys have any address, if not, I will have to find one. There are 2 options that you guys can do, since you guys don't dare to go to the bank, so you can only do BOA. But either way, you have to open the bank account, there is no risk. As for BOA, you don't have to do anything about opening account, just wait for my update, it will operate on its own, and you will get money back. The other option, you don't have to withdraw money, you only need to go to the bank to fill out the wire transfer form. If you are up for it, then there are more bank options, you guys can make 10s of thousands, no problem.  I obviously want to make the most profit, but since we have partied together for so long, I want to respect your opinion. Either way we will make money, up to you how much you want to make.

31.  Based on my knowledge of the investigation, I believe that in the above audio message, "HUI HUI" was providing options

to JIA and LI for making money by opening bank accounts to
facilitate money laundering.

32.  That same day, JIA responded that she and LI were
interested in "only doing BOA" since it was the "safest option."
Later, however, JIA asked whether there were "risks with the
other banks," and "HUI HUI" responded that the "other one is
wire money and withdraw money" but that the "only risk is that
the passports are fake."[3]  LI later confirmed that JIA and LI
would be "taking the materials to open several bank accounts."

33.  I reviewed several messages between JIA, LI, "HUI
HUI," and the others on the thread, which were exchanged between
December 19, 2022 and December 30, 2022, discussing the opening
of bank accounts to receive the scam proceeds.  On December 30,
2022, "HUI HUI" sent a message to the group indicating that
another person had "arrived," and JIA responded: "Finally got
mine opened.  LI is opening his right now."  Based on my
knowledge of this investigation, I believe that the "other
person" "HUI HUI" referred to is SHI, and that JIA is indicating
that LI, JIA, and SHI are in the process of opening the CBNA-
6846 and CBNA-8626 accounts.

34.  I also saw messages from January 2022 in which JIA
provided login credentials for accounts that she and LI had
opened.  I believe that JIA provided these login credentials so
that "HUI HUI" and others could access and operate the accounts.

---

[3] In the same thread, "HUI HUI" also noted: "I don't have
any problem with other people that I have." Based on my
knowledge of this investigation, I believe that this message may
indicate that "HUI HUI" has directed other individuals to open
bank accounts for purposes of laundering fraud proceeds.

**F. "HUI HUI" is identified as SHEN**

35.  On or about August 9, 2023, "HUI HUI" sent a WeChat message to JIA instructing her to pay him for a drug sale through Zelle.  "HUI HUI" provided his Zelle payment identifier as email address p1531539@gmail.com.

36.  In the **WeChat-1** text message thread that I have reviewed and summarized above, JIA sent two payment confirmations to "HUI HUI" on or about December 4, 2023, for what appeared to be drug purchases.  Both screenshots listed SHEN as the payee.

37.  In September 2025, I obtained records from PayPal Holdings, Inc. for the PayPal account associated with p1531539@gmail.com.  The records listed SHEN as the account holder for the account.  The PayPal records also showed a Venmo payment account opened by SHEN, listing his date of birth, social security number, and p1531539@gmail.com as the primary email and account identifier.  Based on records from Paypal, the Venmo account was opened in or around February 2020.

38.  In or around September 2025, I located a Currency Transaction Report ("CTR") that was filed by Bank of America, N.A., on or about November 14, 2021, following a cash withdrawal of $18,000.  The CTR listed SHEN as the account holder for the account associated with the withdrawal and p1531539@gmail.com as the email address associated with his account.

**G. SHEN Directed LI and JIA to Launder Proceeds of Fraud**

39.  Based on the translated WeChat messages displayed above, I believe that SHEN, using the moniker or username "HUI

HUI," directed LI and JIA to open bank accounts in Los Angeles which would be used to receive funds directly from victims of fraud.

40. SHEN also acknowledged through multiple messages that the activity he was directing JIA and LI to engage in was illegal, and that he was aware that they would be moving illicit proceeds, in violation of Title 18, United States Code, Section 1956(h). The source of the funds received by CBNA-8626 and CBNA-6846 are further described in the attached complaint, previously filed with the United States District Court in support of charges against JIA, LI, and SHI.

**H. Training and Experience Regarding Money Laundering Investigations**

41. Based on my training and experience and conversations with other law enforcement officers, I know the following:

42. Individuals who facilitate money laundering often create companies that operate under the appearance of an entity conducting legitimate business to mislead banks that may otherwise decline to open their business accounts. Also, by doing so, subjects attempt to disguise their activity to avoid detection by law enforcement and bank regulators who may report their conduct to authorities.

43. Individuals involved in money laundering facilitation often use cellular telephones to communicate with others involved, to obtain instructions on where to send illicit funds that they may have received. Often, subjects utilize encrypted applications for communications, requiring a search of their

physical device(s) as the only means of obtaining such evidence. Based on the facts gathered in this investigation, coordination was likely required to ensure that 1) the fraudulent trading platforms were able to provide accurate wire transfer information to victims for the accounts maintained by the subjects of the investigation; 2) the subjects knew where to send the funds thereafter; and 3) money mules obtained proper account information to deposit cash into the subjects accounts. I confirmed that communications directly related to the investigation were present on digital devices possessed by JIA, LI, and SHI.

44. Individuals who operate money transmitting entities that fail to properly register may do so to facilitate money laundering, and are uninterested in following required regulations for legitimate entities. Additionally, individuals involved in money laundering facilitation may conceal their true identity from financial institutions to avoid being identified and prosecuted.

//
//
//

## V.   CONCLUSION

45.   For all of the reasons described above, there is probable cause to believe that SHEN committed a violation of Title 18, United States Code, 1956(h) (Money Laundering Conspiracy).

/s/ Daniel Clift

_____
Special Agent Daniel Clift,
Federal Bureau of
Investigation

Subscribed to and sworn before me
this 25th day of September, 2025.

_____
THE HONORABLE DOUGLAS F. McCORMICK
UNITED STATES MAGISTRATE JUDGE

AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

| LODGED |
| --- |
| CLERK, U.S. DISTRICT COURT |
| 01/29/2025 |
| CENTRAL DISTRICT OF CALIFORNIA |
| BY: EC DEPUTY |

# UNITED STATES DISTRICT COURT

for the

Central District of California

| FILED |
| --- |
| CLERK, U.S. DISTRICT COURT |
| 01/29/2025 |
| CENTRAL DISTRICT OF CALIFORNIA |
| BY: M.B. DEPUTY |

United States of America

v.

Mingzhi Li,
  aka "Zheng Lin"
        Defendant.

**UNDER SEAL**

Case No.   **2:25-mj-00353**

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

From June 1, 2023 until September 22, 2023, in the county of Los Angeles in the Central District of California, the defendant violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 1960(b)(1)(B) | Operating an Unlicensed Money Transmitting Business |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

                                                          */s/*
                                          *Complainant's signature*

                           Daniel Clift, FBI Special Agent
                                 *Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:      January 29, 2025

City and state:   Santa Ana, California        Hon. John D. Early, U.S. Magistrate Judge
                                        *Printed name and title*

AUSA: K. Spencer (ext. 3531)

**Exhibit A**
1 of 53

## AFFIDAVIT

I, DANIEL CLIFT, being duly sworn, declare and state as
follows:

### I. PURPOSE OF AFFIDAVIT

1.  This affidavit is made in support of a criminal
complaint against and arrest warrants for MINGZHI LI ("LI") also
known as ("aka") "Zheng Lin," ZEYUE JIA ("JIA"), aka "Jiao Jiao
Liu", and JUN SHI ("SHI") for violations of Title 18, United
States Code, Section 1960(b)(1)(B) (Operating an Unlicensed
Money Transmitting Business) (the "COMPLAINT SUBJECT OFFENSE").

2.  The facts set forth in this affidavit are based upon
my personal observations; my training and experience; and
information obtained from various law enforcement personnel and
witnesses. This affidavit is intended to show merely that there
is sufficient probable cause for the requested complaint and
warrants and does not purport to set forth all of my knowledge
of or investigation into this matter. Unless specifically
indicated otherwise, all conversations and statements described
in this affidavit are related in substance and part only.

### II. BACKGROUND OF SPECIAL AGENT DANIEL CLIFT

3.  I am a Special Agent ("SA") with the Federal Bureau of
Investigation ("FBI") and have been so employed since June 2016.
I hold a Master of Science in Economic Crime Management from
Utica College, a Certificate of Taxation from the University of
California San Diego, and I have been a Certified Fraud Examiner
("CFE") since October 2013. Prior to appointment as an SA, I
was employed as a Police Officer and Detective for the City of

San Diego Police Department for approximately nine (9) years. During my appointment as an SA, I was assigned to a squad focusing on violent crime and major offenders followed by a squad focusing on white collar crimes, where I am currently assigned. I have conducted investigations involving money laundering facilitation utilizing cryptocurrency as well as investment fraud, to include digital investment fraud, also known as Pig Butchering.

4. I have been a member of the FBI's Virtual Currency Response Team since June 2022, where I received specialized training on understanding, tracing, and analyzing records and data pertaining to virtual currencies, and their use in money laundering, investment fraud, and other criminal activities. I also attended formal briefings on digital investment frauds involving the transfer of funds and techniques used to move and obfuscate the origin of those funds.

### III. SUMMARY OF PROBABLE CAUSE

5. The FBI reviewed reports that victims of investment fraud transferred funds to entities called MAGIC LOCATION TRADING LLC ("MAGIC TRADING") and STONE WATER TRADING LLC ("STONE WATER") based in Los Angeles, California. MAGIC TRADING was established in part by SHI and LI (using the alias "Zheng Lin"), and STONE WATER was established in part by SHI and JIA (using the alias "Jiao Jiao Liu").

6. SHI, LI, and JIA opened bank accounts in the Central District of California for MAGIC TRADING and STONE WATER that received funds from victims of investment fraud and transmitted

those funds to overseas accounts and other domestic entities, transferred funds to other individuals, or used the funds for what appeared to be personal expenses. Specifically, SHI, LI, and JIA maintained the following accounts:

a.   A Citibank account ending in 8626 ("CBNA-8626") for MAGIC TRADING.  The authorized signers on the account were "Zheng Lin", which is an alias used by LI, and SHI.

b.   A Citibank account ending in 6846 ("CBNA-6846") for STONE WATER.  The authorized signers on the account were SHI and "Jiao Jiao Liu", which is an alias used by JIA.

c.   A JP Morgan Chase account ending in 8267 ("JPMC-8267) for MAGIC TRADING.  The sole account holder was "Zheng Lin," which is an alias used by LI.

d.   A JP Morgan Chase account ending in 1823 ("JPMC-1823) for MAGIC TRADING.  The sole account holder was "Jiao Jiao Liu," which is an alias used by JIA.

7.   Based on interviews and reports submitted to the FBI, it is believed that MAGIC TRADING and STONE WATER operated as money service businesses ("MSBs"), entities formed for the purpose of remitting funds on behalf of third-party customers to other entities.  SHI, LI, JIA, MAGIC TRADING, and STONE WATER did so without ever registering with the Financial Crimes Enforcement Network ("FinCEN") or the state of California, as required by Title 31, United States Code 5330.

8.   The investment fraud victims identified in this matter were attempting to fund investment accounts that they maintained on digital platforms such as websites or mobile applications.

These digital platforms operate in unknown locations and are separate entities from MAGIC TRADING and STONE WATER.

## IV. <u>STATEMENT OF PROBABLE CAUSE</u>

9. Based on my review of law enforcement reports, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

**A.** **Background of Pig Butchering Investment Frauds**

10. The FBI has been investigating digital investment scams targeting victims in the United States and abroad, including victims located in the Central District of California. The fraudulent scheme, which is described more fully below, has come to be known as digital investment fraud or "Pig Butchering" fraud.

11. In a typical Pig Butchering scheme, scammers use various social media and dating platforms to meet victims or send unsolicited messages through mobile telephone messaging applications to start conversations. Through these conversations, scammers gradually build relationships and indirectly get victims interested in virtual currency investments.

12. Victims are then introduced to fictitious digital investment or trading platforms, often through web domains or mobile applications that are downloaded from unique links sent directly from the scammer. The investments involve a variety of instruments, such as commodities like gold contracts or virtual currency such as Bitcoin. Regardless, each time a victim invests, they appear to nearly instantly earn a profit. In some

4

cases, the victims are directed to spoofed websites, which are designed to closely resemble legitimate virtual currency websites, but the website links that the victims are provided are slightly different. In others, the victims are directed to the spoofed websites to download applications from the Internet, some of which have embedded malware, and are then instructed to invest funds in the fraudulent investment platforms either through money wires, virtual currency transfers, and in some cases, cash couriers who personally visit the victims to directly collect their cash.

13. After the money wires, virtual currency transfers, or cash collections occur, the websites or applications appear to reflect the victims' deposits. Victims are able to conduct trades within the platform using their account balance. In nearly every instance, the victim earns a return on each investment trade. Trades are generally short-term, and purport to use options contracts to leverage fluctuations in cryptocurrency values, foreign currencies, or commodities such as gold.

14. To gain the victims' trust, the fraudulent websites or applications appear to reflect impressive financial gains in the victims' accounts, oftentimes causing the victims, at the behest of the scammers, to invest additional funds. Some victims are even allowed to withdraw a small amount of their apparent profits to establish the legitimacy of the fraudulent investment platforms with the victims and encourage them to invest larger amounts of funds.

15.  When the victims attempt to withdraw the totality of
their funds, they are told they are unable to do so by the
fraudulent virtual currency platforms' "customer service" teams,
which give the victims various excuses as to why their funds are
unable to be withdrawn and, in some cases, instruct the victims
to pay additional taxes and fees under the guise that such fees
will allow the release of the victims' funds.  After a period of
time, the scammers cease communications with the victims, and
the victims are locked out of their accounts with the fraudulent
virtual currency platforms.

**B.**  **Magic Location LLC formed in the Central District of
California**

16.  According to publicly available documents obtained
from the California Secretary of State website, a document dated
December 7, 2022, listed the formation of MAGIC TRADING, a
limited liability company ("LLC"), with 1000 West 8th Street,
Unit 828, Los Angeles, CA 90017, listed as the principal and
mailing address, located in the Central District of California.
The first document was digitally signed by SHI.

17.  Another document dated June 22, 2023, publicly
available from the California Secretary of State website, listed
"Lin" – LI's alias - as the CEO of MAGIC TRADING.  The same
principle and mailing address was listed for the entity.  The
document listed "trading" as the type of business for MAGIC
TRADING.

18. As discussed in more detail herein, SHI and LI (using
the alias "Zheng Lin") maintained bank accounts for MAGIC

TRADING at JP Morgan Chase ("JPMC") and Citibank, N.A. ("CBNA")
that received funds from apparent victims of Pig Butchering
schemes, which were then transferred to overseas accounts and
other domestic entities, transferred to other individuals, or
used for what appeared to be personal expenses.

      **C.**    **STONE WATER TRADING LLC formed in the Central District
of California**

    19. According to publicly available documents obtained
from the California Secretary of State website, a document dated
December 7, 2022, listed the formation of STONE WATER, an LLC
with 1000 West 8th Street, Unit 828, Los Angeles, CA 90017,
listed as the principal and mailing address, located in the
Central District of California.  The document was digitally
signed by SHI.

    20.  Another document dated July 5, 2023, publicly
available from the California Secretary of State website, listed
"Jiao Jiao Liu" – JIA's alias - and an individual with initials
D.Y. as additional members of STONE WATER.  That document was
also digitally signed by SHI. The same principal and mailing
address was listed for the entity.  The document listed
"trading" as the type of business for STONE WATER.

    21. As discussed in more detail herein, JIA, using the
alias "Liu", maintained bank accounts for STONE WATER at JPMC
and CBNA that received funds from apparent victims of Pig
Butchering schemes that were then transferred to overseas
accounts and other domestic entities, transferred to other
individuals, or used for what appeared to be personal expenses.

**D.** **Victims of Pig Butchering Fraud use MAGIC TRADING in part to transmit funds to fraudulent trading platforms**

       1. <u>Victim J.P.</u>

22. In or around December 2023, the FBI received reports filed through the Internet Crime Complaint Center, at ic3.gov ("IC3") from victim J.P., who resides in Irvine, California, located in the Central District of California. J.P. wrote in his IC3 reports, in substance and in part:

       a. J.P. had been using an online platform at web domain thexvip-ice.com to invest in gold futures. The company's website claimed to be a Singaporean subsidiary of the Intercontinental Exchange in New York.

       b. J.P. was introduced to the platform by someone with initials A.P. ("A.P."), who claimed to be from Singapore.

       c. J.P. invested $490,000 in his account at web domain thexvip-ice.com ("ICE account") and earned profits on that investment.

       d. In order to withdraw his profits, J.P. was informed that he had to pay refundable fees totaling about $800,000, which he did.

       e. J.P. funded his ICE investment account through wire transfers and cryptocurrency transfers. J.P. obtained bank account information to complete his wire transfers upon request from the platform.

       f. J.P. provided email address theicevip@gmail.com in connection with the platform.

23.  I followed up with J.P. in a telephonic interview on
January 25, 2024.  During these communications, I learned the
following from J.P.:

a.    During May 2023, J.P. received an unsolicited
text message on his cell phone from a woman who identified
herself as A.P. from San Marino, California.  J.P. did not know
this person, but they proceeded to carry on a conversation using
the WhatsApp messaging application ("WhatsApp").  J.P. did not
recall the original phone number that sent him the message.

b.    A.P. pitched J.P. on an investment opportunity,
describing an online trading platform that she used called
"ICE", a subsidiary of the Intercontinental Exchange, which she
claimed was based in Singapore.  J.P. originally received the
web domain thexvip-ice.com from A.P. in their WhatsApp chat.
J.P. established what he believed was a trading account on the
website.  During the registration process, J.P. provided his
personal identifying information and email address.  J.P. was
then able to log into what he believed was his own account on
the investment platform.

c.    A.P. assured J.P. that ICE developed a very
accurate trading model with a 90% rate of success to trade
foreign currencies ("FOREX") and gold futures.

d.    In order to fund his ICE trading account, A.P.
directed J.P. to access the customer service chat application
located within the home page for his online trading account.
When J.P. clicked on that option, a chat window opened.

e.    J.P. was given the option to fund his trading account with cryptocurrency or traditional bank wire transfers. J.P. initially requested the wire transfer option because he was more comfortable with bank wires and felt that it left easily accessible transaction records.

f.    The customer service chat provided wire transfer instructions to J.P.  During the time J.P. was using the ICE platform, he was directed to send a total of eight wire transfers totaling $1,404,630.00 to various accounts:

| Date | Amount | Financial Institution | Account Name | Account Number |
|---|---|---|---|---|
| 6/9/2023 | $ 92,000.00 | East West Bank | Z.Z. (Individual) | 2172329098 |
| 6/21/2023 | $ 120,000.00 | Bank of America | Metapay Technology LLC | 325182762556 |
| 7/5/2023 | $ 372,000.00 | Bank of America | Metapay Technology LLC | 325182762556 |
| 7/24/2023 | $ 100,000.00 | Bank of America | Metapay Technology LLC | 325182456406 |
| 8/1/2023 | $ 300,000.00 | Bank of America | Metapay Technology LLC | 325182456406 |
| 9/19/2023 | $ 350,000.00 | JP Morgan Chase | Magic Location Trading LLC | 918258267 |
| 9/26/2023 | $ 23,400.00 | JP Morgan Chase | Yuemilai Inc | 960153879 |
| 11/3/2023 | $ 47,230.00 | JP Morgan Chase | Halycon | 533922368 |
| Total | $ 1,404,630.00 | | | |

g.    J.P. confirmed that he received instructions to transfer funds to MAGIC TRADING from the ICE customer service chat application.  J.P. sent the wire transfer to pay for required fees, which customer service informed him were required to withdraw the balance of his trading account.  J.P. transferred funds to a JPMC bank account ending in -8267 ("JPMC-8267") and listed the wire recipient MAGIC TRADING per the message he received from ICE customer service.

h.    J.P. confirmed that despite paying the required fees, he never received his funds.

       i.    J.P. believed that MAGIC TRADING was a payment processor operating on behalf of the ICE platform.

       j.    J.P. never opened an account with MAGIC TRADING or provided any documentation to the company.

      2.   <u>Victim Y.L.</u>

24.   Special Agent Dana Wrathall and I reviewed an IC3 report filed by victim Y.L. on or about November 12, 2023.

25.   On April 30, 2024, SA Wrathall and I interviewed Y.L. at the FBI Orange County office.  Her daughter, M.Y., was also present and assisted with Mandarin to English translation.  Y.L. and M.Y. stated, in substance and in part:

      a.    Y.L. resided in Irvine, California.  In or about June 2023, Y.L. received an unsolicited telephone call from a man who used the alias B.Y. ("B.Y.").  B.Y. spoke to her in Mandarin.  Y.L. informed B.Y. that he had the wrong number, but he continued to carry on a friendly conversation with Y.L. and befriended her.  They continued their conversation on WhatsApp.  After exchanging a few messages on WhatsApp, they transitioned to the Telegram messaging application ("Telegram").

      b.    B.Y. eventually introduced Y.L. to a digital trading platform called "Lion Forex" and boasted about investment returns he earned through the platform.  B.Y. provided a web domain link to Y.L. (trader.lion-forex.com) in a Telegram message. B.Y. instructed Y.L. to click the link to establish her trading account.  Y.L. followed B.Y.'s instructions.

      c.   B.Y. told Y.L. that Y.L. had to register a trading account at LION FOREX, and then use a mobile application called MetaTrader 5 ("MT5") to make investment trades in her LION FOREX account.  B.Y. provided a unique link to Y.L. to download MT5.  MT5 is available on the Apple and Google app stores, but B.Y. instructed Y.L. to only use the link to download MT5.

      d.   Y.L. downloaded MT5 from the link that B.Y. provided.  She created an investment account and login credentials on the LION FOREX domain.  Then she used her login credentials on the MT5 application.

      e.   B.Y. referred Y.L. to the LION FOREX customer service Telegram channel to obtain instructions on how to fund her investment account.

      f.   At B.Y.'S direction, Y.L. messaged the LION FOREX customer service on Telegram and requested instructions on how to fund her investment account.  Y.L. received a message in response containing wire transfer instructions.  The wire instructions listed MAGIC TRADING, JPMC-8267 (an account victim J.P. had also transferred funds to, as described above).

      g.   On or about July 6, 2023, Y.L. followed the instructions in the Telegram message and transferred $20,000 to JPMC-8267.  After doing so, Y.L.'s mobile application stopped operating.  She reported the issue to the LION FOREX customer service in a Telegram message.  Y.L. received a response instructing her to download the MT5 application again along with a download link.

     h.   Y.L. deleted the MT5 application from her phone and then downloaded it again using the domain link provided by customer service.  After doing so, her account balance reflected the funds that she transferred to JPMC-8267.

     i.   Y.L. never opened an account with MAGIC TRADING and never provided any documentation to the entity.

     j.   Y.L. observed that her account balance continued to grow, and so she requested additional instructions to provide more funds to her account.  During August, 2023, Y.L. messaged customer service to deposit additional funds for her trading account.  Y.L. was provided with wire transfer instructions for STONE WATER, with a JP Morgan Chase bank account ending in 1823 ("JPMC-1823").

     k.   On or about August 25, 2023, Y.L. wired $60,000 to JPMC-1823.  After doing so, Y.L.'s mobile application stopped operating.  She deleted the application and obtained a new download link from customer service.  Y.L. downloaded a new version of MT5 and her account balance now reflected the additional funds that she wired to STONE WATER.

l.    Y.L. provided the following transactional
information regarding her transfers to her LION FOREX trading
account:

| Date | Amount | Account Owner | Entity | Bank |
|---|---|---|---|---|
| 7/6/2023 | $ 20,000.00 | | MAGIC LOCATION TRADING | JPMC |
| 7/10/2023 | $ 20,000.00 | | CTY TNHH TM THIEN PHAT BAC SON | Military Commercial Joint Stock Bank |
| 8/3/2023 | $ 80,000.00 | W.X. | CARSON TRADE INC | JPMC |
| 8/9/2023 | $ 30,000.00 | M.M. | ZGOU PEMNTEX TECHNOLOGY INC. | JPMC |
| 8/25/2023 | $ 60,000.00 | | STONE WATER TRADING LLC | JPMC |
| 9/5/2023 | $ 40,000.00 | R.L. | HOULEI TRADE LIMITED | CATHAY BANK |
| 9/7/2023 | $ 50,000.00 | X.F.* | | Cash Courier |
| 9/13/2023 | $ 110,000.00 | H.Y. | HUAFEITIAN TRADING INC | JPMC |
| 10/2/2023 | $ 40,000.00 | | RADIANT HORIZONS LIMITED | JPMC |
| 10/6/2023 | $ 50,000.00 | | RADIANT HORIZONS LIMITED | CITI BANK |
| Total | $ 500,000.00 | | | |
| *Cash picked up from victim. | | | | |

m.    Y.L. stated that all of the transactions
displayed above were facilitated after obtaining instructions
from the LION FOREX customer service on Telegram.

n.    Y.L. completed the transfers to JPMC-8267 and
JPMC-1823 because she believed her trading account was
legitimate, and that she would earn actual profits on her
investment trades.  Y.L. believed that MAGIC TRADING was a
third-party payment service connected to the LION FOREX
platform.

o.    In or around October 2023, B.Y. told Y.L. to
withdraw her funds and invest in gold.  Y.L. messaged customer

service to complete the withdrawal but was told that she would first have to pay tax of approximately $260,000 with new funds.

p.   Y.L. declined to pay the tax and was never able to withdraw any of her funds.  B.Y. stopped responding to her messages around November 2023.

### 3.   Victim P.Z.

26.   On or about December 27, 2023, P.Z., a resident and business owner in Phoenix, Arizona, reported to the FBI on IC3.gov that he was the victim of investment fraud.

27.   On April 26, 2024, I interviewed P.Z. via telephone. P.Z. stated, in substance and in part:

a.   P.Z. invested in multiple digital trading platforms.  P.Z. learned of the first platform, called R-Meta, from the acquaintance of a personal friend.

b.   P.Z. later learned about the trading platform called Tickmill from a woman he only knew as AILEEN.  P.Z. met AILEEN when she sent him an unsolicited message on the Line messaging application ("Line") and proceeded to carry on a friendly conversation with him.

c.   AILEEN eventually introduced P.Z. to Tickmill and provided a web domain in a Line message.  P.Z. clicked the link and created his own account with login credentials through the website.

d.   In order to fund his Tickmill trading account, P.Z. logged into his Tickmill account and opened a chat function with customer service.  P.Z. requested instructions on how to fund his account.

     e.   During September 2023, P.Z. received instructions to wire funds to MAGIC TRADING, JPMC-8267 to fund his trading account from the Tickmill customer service chat.  P.Z. was also instructed to send a screenshot confirmation of the transfer to customer service.

     f.   On or about September 22, 2023, P.Z. wired $300,000 to JPMC-8267.  P.Z. sent a screenshot confirmation to customer service.  Shortly after, his account balance updated to reflect the new amount.

     g.   P.Z. continued to fund his trading account with bank wires to different entities, which were provided by customer service.

     h.   P.Z. made trades with his account balance within his Tickmill account and earned significant profits.  AILEEN gave P.Z. specific instructions on when to execute trades and how to do so.

     i.   When P.Z. attempted to withdraw his funds, he was instructed to send several hundred thousand dollars in tax and new fees.  P.Z. suspected that the Tickmill platform was actually a scam.  P.Z. declined to pay the withdrawal tax and fees, and never recovered any of his funds.

     j.   P.Z. felt comfortable sending his wire payment to MAGIC TRADING in part because the wire transfer instructions listed an address in Los Angeles.

    4.   <u>Victim K.B.</u>

28.  On or about September 21, 2023, K.B., who resided in Livermore, California filed a report on IC3.gov stating that he

was the victim of an investment fraud.  On April 26, 2024, I
interviewed K.B. via telephone.  K.B. stated the following, in
substance and in part:

      a.   In or around July 2023, K.B. clicked on a
Facebook advertisement which appeared to be an invitation to
join a chat group hosted by the PIMCO Investment Group, a
company based in Orange County, California.  After clicking on
the advertisement, K.B. received a Facebook message with a link
to the chat group *Wall Street Weathervane 801*, hosted on
WhatsApp.

      b.   K.B. clicked on the link and joined the WhatsApp
group.  One of the hosts of the chat group was someone who used
a name with initials E.C. ("E.C.").

      c.   E.C. messaged K.B. directly on WhatsApp and
invited him to a different chat group called *Wall Street
Portfolio Member908I*.  K.B. joined the new chat group on or
about August 15, 2023.

      d.   After joining the new chat group, K.B. was
directed to open a trading account at the web domain coinfxl.com
("COINFXL").  K.B. received the link to the domain in a WhatsApp
message directly from E.C.

      e.   E.C. assured K.B. that he could earn investment
returns that surpassed the earning potential with the U.S. Stock
Market.  E.C. also introduced someone named PROFESSOR WILLIAM,
who provided investment advice to the participants in the chat.
K.B. clicked on the link that E.C. provided and established his
account with login credentials.

f.   K.B. initially funded his account by transferring U.S. Dollar Tether ("USDT"), a type of cryptocurrency stable coin valued at approximately 1 USDT = $1 USD, to wallet addresses provided by the COINFEXL customer service.  K.B. requested the deposit instructions through a customer service chat box that opened within the COINFEXL account page.

g.   K.B. transferred approximately 46,398 USDT to fund his trading account.

h.   At E.C.'s direction, K.B. made trades within his COINFEXL account by clicking the *place order* option on the webpage.

i.   K.B.'s account balance eventually increased to around 250,000 USDT.

j.   In late August, 2023, K.B. made a withdrawal request with customer service, who informed him that he would have to make commission payments before he could complete his withdrawal.

k.   K.B. attempted to purchase more USDT through his Coinbase account but was unable to.  He shared his issue with E.C. and asked if he could instead wire funds.

l.   E.C. provided wire transfer instructions to K.B. in a WhatsApp message, instructing him to wire funds to MAGIC TRADING, JPMC-8267.

*m.*   Following the interview, K.B. emailed a copy of his WhatsApp conversation with E.C.  Below is an excerpt from K.B.'s exchange of WhatsApp messages with E.C. on August 31, 2023, which led to his wire transfer to MAGIC TRADING:

18

E.C.:      Your account is restricted by coinbase from
           buying cryptocurrencies and you didn't succeed
           with a wire transfer did you? I consulted Prof.
           William and you can transfer money and complete
           the commission payment.

K.B.:      How would I pay that

E.C.:      I'll request a collection account for you to make
           the transfer, and you'll make a wire transfer via
           mobile banking to our public account on the
           finance side.

K.B.:      Can u send me those details

E.C.:      It's the same as when you wire transfer money to
           coinbase, you just wire directly into a public
           account.

K.B.:      I need account details to do wire transfer

E.C.:      Okay, I'll go to the company's finance office and
           apply for a public account for you. I'll send you
           the information about the public account later.

E.C.:      Wire transfers need to be completed within 2
           hours, do not make any notes on the wire transfer
           form, if there are notes, your funds will not
           reach the other party's account, which will cause
           you some trouble. Do you need to apply for a
           commission account now?

K.B.:      Okay I just need to do wire transfer correct

K.B.:      Without any notes

E.C.:      Okay, just a minute. I'm applying.

E.C.:      Bank Name : JP Morgan Chase Bank
           Account Name: Magic location trading LLC
           Beneficiary account address:
           1000 w 8th st unit828, Los Angeles,CA,90017
           account number: 918258267
           routing number: 021000021
           Swift Code: CHASUS33
           Bank Address:
           270 Park Ave., New York,  NY 10017

K.B.:      Okay

K.B.:      Purpose of todays wire transfer it's asking

K.B.:      It's not allowing me to have blank

**E.C.:**     goods

**E.C.:**     You can put goods in the notes.

**K.B.:**



**K.B.:**     Sent

**E.C.:**     Okay, I'll let you know when I confirm receipt of the payment, for now please be patient.

**K.B.:**     Okay

**E.C.:**     Good afternoon dear, the company treasury has received 10K commission. I will give you some solid trading signals privately in the afternoon to make your trading profitable every day as well.

**K.B.:**     Thank you

**E.C.:**     You're welcome, you continue to raise funds and when you're all paid up you can withdraw all your funds.

n. K.B. never opened an account directly with MAGIC TRADING nor did he provide any documents to them. K.B. believed MAGIC TRADING was a third-party money remitter operating on behalf of COINFEXL.

o. Despite E.C.'s assurance that K.B. could withdraw his funds, when he made another withdrawal request, he was told he would have to make additional commission and tax payments.

p. K.B. completed additional commission payments and a tax payment through transfers of USDT. However, customer service kept sending new required fees. K.B. eventually declined to continue paying the fees. E.C. stopped responding to WhatsApp messages from K.B.

q. K.B. was unable to withdraw any of the funds from his trading account. K.B. incurred a total loss of approximately $114,971.39.

5. Victim T.D.

29. On June 10, 2024, I obtained a copy of a police report from the Wright County Sheriff's Office in Wright County, Minnesota. I reviewed the report, which included the following information:

a. T.D., a 72-year-old resident of Wright County, reported to the Wright County Sheriff's Office that he was the victim of an investment fraud.

b. T.D. exchanged messages with a female Chinese national who convinced him to invest with a digital platform called Enkuu. T.D. downloaded a mobile application from a link directly provided to him in a WhatsApp message.

c. T.D. funded his account through two wire transfers from his bank account:

i. T.D. wired $75,000 to STONE WATER, JPMC-1823;

ii. T.D. wired $250,000 to MAGIC TRADING, JPMC-8267.

d. T.D. was unable to withdraw any of his funds from the Enkuu platform.

e. I confirmed T.D.'s wire transfers to JPMC-1823 and JPMC-8267 by locating the transactions in the account records. T.D. wired $75,000 to STONE WATER on or about August 23, 2023. T.D. wired $250,000 to MAGIC TRADING on or about September 11, 2023.

6. <u>Victim J.J.</u>

30. I located a report filed through IC3.gov for J.J., who claimed to be a victim of digital investment fraud. On May 3, 2024, I interviewed J.J., a 66-year-old retiree residing in Rancho Palos Verdes, California. J.J. stated the following, in substance and in part:

a. On or about July 5, 2023, J.J. received an unsolicited text message from someone who claimed to be a woman named LISA. J.J. informed LISA that she had the wrong number, but she continued sending friendly messages to him.

b. At LISA'S request, J.J. continued to exchange messages with her on WhatsApp.

c. LISA claimed that her aunt was a former Wall Street financial advisor who resided in San Francisco. LISA

claimed that her aunt used a unique investment platform to trade with cryptocurrency options contracts to earn up to 30% on her investment returns.

d. LISA sent a link to J.J. to access the digital trading platform BIKING-OTC.com ("BIKING-OTC"). LISA directed J.J. to download the Coinbase, Incorporated, mobile application, which he did. LISA further instructed J.J. to access BIKING-OTC using the browser in the Coinbase application.

e. J.J. did not have to open an account with BIKING-OTC. Rather, when he accessed the domain through the Coinbase application on his mobile phone, a unique number was assigned to him and tracked his trading activity on the platform.

f. In order to fund his trading account, J.J. opened a chat window on the BIKING-OTC web domain and exchanged messages with customer service. J.J. requested instructions to fund his account.

g. On or about August 15, 2023, J.J. requested wire transfer instructions from customer service to fund his trading account. J.J received wire transfer instructions for STONE WATER at JPMC-1823. J.J. transferred $93,000 from his personal bank account.

h. J.J. was also instructed to provide a photograph or screenshot of his wire transfer confirmation to customer service on the BIKING-OTC platform, which he did. The funds that he transferred to JPMC-1823 were added to his account balance.

      i.    J.J. assumed that STONE WATER was a third-party money remitter serving the BIKING-OTC digital trading platform.

      j.    At LISA'S direction, J.J. executed short-term options trades. Each time, he earned an instant return on his investment. J.J.'s account balance was reflected in U.S. Dollar Tether ("USDT"), a cryptocurrency stablecoin.

      k.    J.J.'s account balance eventually grew to about 3,900,000 USDT.

      l.    J.J. transferred funds to additional entities to fund his account, which he received from customer service on the BIKING-OTC chat function.

      m.    During November 2023, J.J. messaged customer service to request a withdrawal of approximately $1,400,000 from his trading account. J.J. was informed that he first had to pay reimbursable fees. J.J. paid the fees, and then customer service instructed him to pay additional fees. J.J. paid additional fees but was never able to recoup his funds.

      n.    J.J. transferred a total of $1,206,206.10, which included funds to trade with and withdrawal fees. J.J. never recovered any of his funds. LISA eventually stopped responding to his WhatsApp messages.

      o.    J.J. never opened an account with STONE WATER, and believed the entity was a third-party money remitter working with the BIKING-OTC platform.

7.   Victim M.I.

31.   On July 1, 2024, I interviewed M.I., a 75-year-old
resident of Irvine, California, at his residence.  M.I. stated
the following, in substance and in part:

a.   In or around October, 2022, M.I. was contacted by
a woman on Facebook Messenger.  He could not recall her name,
but he remembered that her profile appeared to share some of the
same friends as his.  In a Facebook message, the woman told M.I.
that she knew a University Professor in Hong Kong who was an
expert on financial investments.

b.   M.I. received a link from the woman to connect
with the professor on the LINE messaging application.  In or
around February 2023, M.I. began exchanging messages with the
man, whose LINE profile appeared as Chinese characters, which
roughly translated to a name with initials C.G.X. ("C.G.X.").

c.   M.I. and C.G.X. communicated in Japanese, M.I.'s
native language.  M.I. suspected that at times C.G.X. utilized
translation software.

d.   M.I. had been caring for his wife who was on
hospice care in his home.  M.I. shared his situation with C.G.X.

e.   C.G.X. offered to help M.I. with increasing his
retirement savings to provide better care for his wife and
improve his financial stability.

f.   C.G.X. told M.I. that he could help him with
making lucrative investment returns.  C.G.X. sent M.I. a website
link to download MT5, which he did.

g.    After downloading MT5, M.I. opened the
application and set up login credentials.  C.G.X. provided step
by step instructions for M.I.

h.    C.G.X. instructed M.I. on how to fund his trading
account by transferring funds to different bank accounts.  Once
the funds appeared in M.I.'s MT5 account, C.G.X. instructed him
on how to trade in Foreign Currency Exchange (ForEX).  M.I.
followed C.G.X.'s instructions and consistently earned returns
on his investment account.

i.    M.I. withdrew funds from his retirement account
to fund his MT5 account, believing he would earn faster returns
as C.G.X. had promised.

j.    M.I. estimated that he transferred over $100,000
to his MT5 trading account.

k.    M.I.'s trading account balance eventually grew to
over $1,100,000.  In or around March 2023, M.I. requested to
withdraw his funds.

l.    M.I. stated and showed a message in his LINE
conversation with C.G.X., that his account balance was frozen,
and he had to pay $55,000 in fees in order to access his funds.

m.    M.I. took out cash advances on his credit cards
and obtained loans from banks.

n.    At one point, M.I. was instructed to send a
portion of his fees to MAGIC TRADING.  Below is an excerpt from
M.I.'s exchange with C.G.X. on the LINE app.  The original
messages were in Japanese and were translated using translation
software.  The wire transfer instructions were provided in

English and therefore were copied without corrections to misspellings. M.I.'s identifiers were changed or redacted to protect his identity as an elderly victim:

**September 8, 2023:**

**C.G.X.:** Mr. ████! Good morning! If you are going to go to the bank today and proceed, please let me know in advance. I'll book today's procedures.

**M.I.:** Yes, I'd appreciate your cooperation today. The bank opens at 9:00, so procedures are scheduled. Two hours later.

**M.I.:** I'm in the bank now. Thank you.

**C.G.X.:** Yes, just a minute. Now provide a remittance account.

**M.I.:** Yes

**C.G.X.:** Today, I will use the overseas remittance. This is because the deposit time is early.

**C.G.X.:** "Account Name: TINGGUI LIMITED
Account number:
001825344 (USD, HKD)
Bank name: DBS Bank (Hong Kong) Limited
Bank code Bank Edition: 016
Swift Code ⅄ Edition: DHBKHKHH
Company address: UNIT 89, 3/F, YAU LEE CENTRE,
HOI YUEN ROAD, NO.45, KWUN TONG, KOWLOON, HONG
KONG
Bank Address: G/F, The Center, 99 Queen's Road
Central, Central, Hong Kong"

**M.I.:** Do you have any problem with overseas remittance of more than $10,000?

**C.G.X.:** I'm fine. Find a good reason.

**C.G.X.:** Is the procedure going well?

**M.I.:** It is said that sending money from Personal account to overseas business account is not possible now because the rules are strict.

**C.G.X.:** Hold on a minute, please. Provides a local American account.

**C.G.X.:** "Bank Name: JP Morgan Chase Bank
Account Name: Magic location trading LLC

```
                    Beneficiary account address:
                    1000 w 8th st unit828, Los Angeles, CA, 90017
                    account number: 918258267
                    routing number: 021000021
                    Swift Code: CHASUS33
                    Bank Address:
                    270 Park Ave.,
                    New York, NY 10017"
```

**C.G.X.:**    Is the procedure going well?

**M.I.:**    It's over now.

**M.I.:**    Yes, just a minute.

**M.I.:**    Yes

**M.I.:**    Thank you for your cooperation in the process of transferring money until midnight.


**September 30, 2023:**

**M.I.:**    [C.G.X.] You're always a great help. I would be happy if you could tell me if there is something about the progress after that. I borrowed a lot of money, and I started to pay back the money and I paid back small amounts. The shortfall of $5,000 is still out of my hands. It would be very helpful if Dr. Xu's friends could somehow accommodate me. We apologize for any inconvenience caused. Thank you.

**C.G.X.:**    I'm thinking of a way for you.


**October 1, 2023:**

**M.I.:**    Thank you very much. Thank you.

**C.G.X.:**    I'm fine. This is what I have to do.

**M.I.:**    I appreciate it.


      o.   M.I. wired $20,155.18 to MAGIC TRADING on or about September 8, 2023. He included notes on the wire transfer that read, in substance and in part, "purchase merchandise for business partner." M.I. stated he included those notes after

C.G.X. suggested that he use a reason that would not raise suspicion with the bank. M.I. was desperate to unlock his funds and ensure that his transfer was successful since he was caring for his spouse.

p. M.I. was never able to withdraw or recoup his funds that he invested.

**E. Financial Analysis for STONE WATER**

32. On or about June 5, 2024, I obtained documents for JPMC-1823, including account opening documents and documents reflecting transaction activity. The signature card listed "Jiao Jiao Liu" as the sole account holder and included a signature for "Liu". The signature card further indicated that the account had been opened at the JPMC Downtown Los Angeles branch.

33. I reviewed transactions for JPMC-1823 and located transfers from the victims described above. I identified 242 wire transfers that were received from individuals (including identified victims) totaling approximately $7,618,982.02. Those funds were then transferred to an overseas account, other domestic entities, transferred to other individuals, or used for what appeared to be personal expenses.

34. JPMC-1823 was closed on or about December 4, 2023. On that date, the remaining balance of $237,426.83 was withdrawn to zero out the balance of the account.

35. The table below displays a summary of transactions to JPMC-1823.[1]

| Summary of Transactions for JPMC-1823 | | |
|---|---|---|
| Description | Amount | Transaction Count |
| Third Party Wire from Individual | $ 7,618,982.02 | 242 |
| Transfer from checking account-6990 | $ 1,118,720.00 | 20 |
| Cash Deposit | $ 365,700.00 | 11 |
| Third Party Wire from *National Financial Services LLC* | $ 323,955.73 | 3 |
| Check Deposit | $ 136,000.00 | 3 |
| Zelle Pmt Received | $ 111,149.26 | 91 |
| Wire Reversal | $ 30,392.00 | 4 |
| Third Party Wire from Entity | $ 16,800.00 | 3 |
| Zelle Payment | $ 1,900.00 | 5 |
| ATM Cash Deposit | $ 100.00 | 1 |
| Domestic Wire Out | $ (3,728,657.00) | 10 |
| International Wire Out | $ (2,015,875.00) | 16 |
| Wire to *Century Software Limited* | $ (1,639,952.00) | 10 |
| Wire Transfer to *Paretone Capital LTD* | $ (1,323,408.00) | 3 |
| Wire to *Jupiter Advertising* | $ (445,800.00) | 5 |
| Closing Withdrawal | $ (237,426.83) | 1 |
| Zelle Payment | $ (96,050.63) | 67 |
| Wire to C.A. (Los Angeles) | $ (95,000.00) | 1 |
| Cash Withdrawal | $ (84,474.00) | 7 |
| Wire to *Newstyle Media LLC* | $ (17,500.00) | 1 |
| Wire to P.C. | $ (17,200.00) | 1 |
| Wire out to *S.H.R.* | $ (10,000.00) | 1 |
| Wire to *Prime Wood Inc.* | $ (9,730.81) | 1 |
| Fees | $ (2,215.00) | 86 |
| Transfer to checking account-6990 | $ (200.00) | 1 |
| Debit Card Purchase – Restaurant | $ (79.18) | 4 |
| Debit Card Purchase | $ (50.21) | 1 |
| Debit Card Purchase – I FIX FOR U | $ (41.90) | 1 |
| Debit Card Purchase | $ (30.45) | 1 |
| Debit Card Purchase – Parking | $ (8.00) | 1 |
| **Total Deposits** | **$ 9,723,699.01** | **383** |
| **Total Withdrawals** | **$ (9,723,699.01)** | **219** |

---

[1] According to information received from JPMC, the account identified in the table as "checking account 6990" is a separate account held by "Liu."

### F.    Financial Analysis for MAGIC TRADING

36.  On or about April 11, 2024, I obtained documents for JPMC-8267, including account opening documents and documents reflecting transaction activity.  The signature card listed "Lin" as the sole account holder.  The signature card further indicated that the account had been opened at the JPMC Downtown Los Angeles branch.

37.  Together with FBI Forensic Accountant ("FOA") Kathrine Ramirez, I analyzed the transactional activity for JPMC-8267.

38.  I located wire deposits for each victim described above.  Additionally, I queried the IC3.gov database with names of wire transfer originators that transferred funds to JPMC-8267 and matched them with other reports of investment fraud.  In total, approximately seventeen individuals who transferred funds to JPMC-8267 were identified as victims of investment fraud after they were either interviewed by the FBI or filed reports with IC3.gov identifying themselves as such.  Their deposits totaled approximately $1,826,042.18.

39.  FOA Ramirez and I identified sixty wire transfers sent to JPMC-8267 by fifty-eight different individuals who appeared to be third party customers of MAGIC TRADING.  Those include the seventeen victims previously identified.

40.  Exhibit A, which is attached hereto, displays the sources and uses of JPMC-8267.  JPMC-8267 received $5,405,514.44 in deposits and recorded the same amount in withdrawals, operating as a pass-through account until it was closed and the remaining amount of $528,507.59 was withdrawn.

41. The largest portion of deposits came from the 58
individuals wiring a total of $3,731,567.08 to JPMC-8267 between
June 30, 2023, and September 25, 2023. The table below
summarizes the total deposits to JPMC-8267 with general
categories:

| Summary Description | Deposit Amount |
|---|---|
| Alleged Victim Wire | $3,731,567.08 |
| Deposit (Image not available) | $634,460.00 |
| Wells Fargo Cashier's Check | $568,365.98 |
| High Digits Financial LLC | $289,000.00 |
| Zelle Deposits | $99,484.69 |
| Wire reversals | $41,960.00 |
| Citibank – Magic Location Trading LLC | $15,924.38 |
| Cash App | $11,394.13 |
| Cash App – Jun Shi | $4,307.25 |
| Cash App – L.W. | $4,214.97 |
| Transfer from F.X.M. | $3,000.00 |
| Cash Deposit | $1,100.00 |
| Misc. Individually under $200 | $590.96 |
| Airwallex | $145.00 |
| **Total** | **$5,405,514.44** |

42. The largest withdrawals were as follows:

a. Between August 28, 2023, and September 22, 2023,
$1,268,785.00 was transferred to banks in Hong Kong.
$1,118,785.00 was transferred to an account held by ZHUI Trading
Limited at Standard Chartered Bank in Hong Kong and $150,000 was
transferred to OCBC Bank Limited in Hong Kong. Based on a
cursory review of the timeline, funds received from individuals,
including identified victims of investment fraud, were included
in the transfers to Hong Kong accounts.

b.   The table below summarizes total withdrawals from JPMC-8267 with general categories:

| Summary Description | Withdrawal Amount |
|---|---|
| Transfer to CBNA Account(s) | ($3,008,356.00) |
| Sent to Hong Kong Banks | ($1,268,785.00) |
| Account Closing | ($528,507.59) |
| Century Software Limited | ($191,710.00) |
| Jupiter Advertising | ($159,850.00) |
| Sperax Inc | ($68,028.79) |
| Zelle Payment | ($39,687.00) |
| Electronic Withdrawal | ($25,500.00) |
| Newstyle Entertainment Payroll | ($23,670.09) |
| Hsj Rosewood Inc | ($15,000.00) |
| M.H.Z. | ($13,027.64) |
| Murphy Cooke LLP | ($8,000.00) |
| IRS | ($5,571.73) |
| S.Q.T. | ($5,200.00) |
| Sound Nightclub | ($5,000.00) |
| Asia Travel Express Inc | ($4,900.00) |
| Crate & Barrel | ($4,876.55) |
| Z.W. | ($4,600.00) |
| Expedia | ($4,098.58) |
| Maximum Security Safes | ($4,061.10) |
| Condor | ($3,879.98) |
| X.C.S. | ($3,000.00) |
| Apple | ($1,660.56) |
| Misc. Individually under $200 | ($1,601.05) |
| L.P. | ($1,423.50) |
| Singaporeai | ($1,315.90) |
| Cold Fish Pot | ($831.24) |
| Brussels AI | ($656.00) |
| Taste Changan | ($613.36) |
| Bank Fees | ($555.00) |
| Service Charges | ($455.00) |
| ATM Withdrawal | ($400.00) |
| Airwallex | ($388.40) |
| Red Dragon (Restaurant) | ($304.38) |
| **Total** | **($5,405,514.44)** |

### G.    Cash Movement with STONE WATER: JPMC CTRs

43.    Based on my training and experience, I know that banks are required by law to file Currency Transaction Reports ("CTR") for cash transactions exceeding $10,000.  In or around September 2024, I reviewed CTRs filed by JP Morgan Chase ("JPMC") for transactions with JPMC-1823. As described in more detail below, the CTRs indicate that the JPMC-1823 account was associated with various businesses or occupations, including "navigational services," "luxury watches," and "fashion design."  Based on my knowledge of this investigation, I believe these descriptions to be intentional misrepresentations of the true nature of the business associated with JPMC-1823.

44.    On or about July 28, 2023, "Liu" withdrew $20,178 from the JPMC branch located at 3818 Broadway, Astoria, New York, 11103 ("JPMC-ASTORIA").  According to the CTR, "Liu" was identified with a Chinese Passport, bearing number E44425576 (the "'Liu' Chinese Passport") and a date of birth of February 14, 1996.  The type of business or occupation for "Liu" was listed as "navigational services to ship."[2]

45.    On or about July 29, 2023, "Liu" withdrew $17,200 at JPMC-ASTORIA.  According to the CTR, "Liu" was identified with the same "Liu" Chinese Passport as the previous CTR.  The type

---

[2] Based on information provided by a JPMC representative, I understand that when a CTR is required, JPMC procedures require bank employees to ask the customer questions to obtain identifying information and their occupation.  The employee then enters the answers onto an electronic form to generate the CTR. Accordingly, I understand the information about occupation or type of business was provided by the depositor.

of business or occupation for "Liu" was listed as "navigational services to ship."

46.  On or about September 5, 2023, an individual identified as N.Y. withdrew $50,000 from JPMC-1823 at the JPMC branch located at 4610 Queens Boulevard, Sunnyside, New York, 11104.  The CTR listed identifying information for N.Y. including DOB, date of birth, U.S. passport number, and SSN. The type of business for STONE WATER was listed, in substance and in part, as "Stone Water luxury watches."

47. On or about September 8, 2023, an individual identified as F.L. deposited $48,500 to JPMC-1823 at a branch located at 1490 Eldridge Parkway, Houston, Texas, 77077. According to the CTR, F.L. was identified with a California Driver's License.  The occupation or type of business was listed as "self-employed internat tradin" (sic).  An additional deposit to JPMC-1823 of $3,000 was listed on the CTR, which was completed at 787 Delsea Drive North, Glassboro, New Jersey, 08028.  No identification was collected from the depositor, but the transaction was listed on the CTR since it occurred on the same day as the larger deposit by F.L.

48. JPMC filed a CTR for the following transactions that occurred on or about September 15, 2023:

a.  $64,000 deposited by an individual identified as Z.L. to JPMC-1823 at the branch located at 1820 West Van Buren Street, Phoenix, Arizona, 85007.  The CTR listed, in substance and in part, employment authorization card with photograph as the form of identification.  The CTR also listed a DOB and SSN

for Z.L. Z.L.'s personal address listed was the same as the
personal address listed for F.L. on a previous CTR.

       b.   $84,000 deposited by an individual identified as
J.Q.Z. to JPMC-1823 at the branch located at 3968 Topawa Drive,
Las Vegas, Nevada, 89103. The CTR listed a Chinese passport and
date of birth for J.Q.Z.

    49. On or about September 20, 2024, an individual
identified as F.L. deposited $58,000 to JPMC-1823 at the branch
located at 1364 Beacon Street, Brookline, Massachusetts, 02446.
F.L.'s occupation in that CTR was listed, in substance and in
part, as "self-employed fashion design." The CTR listed a
California Driver's License number and date of birth, which
matched a previous CTR for F.L.

    50. On or about September 21, 2023, "Liu" withdrew $27,845
from JPMC-1823 at a branch located at 725 South Figueroa Street,
Los Angeles, California, 90017. The CTR listed the "Liu"
Chinese Passport and the same date of birth. "Liu's" occupation
was listed as "self-employed luxury watches."

    **H.   Cash Movement with MAGIC TRADING: JPMC CTRs**

    51. In or around August 2024, I reviewed CTRs filed by
JPMC for cash transactions exceeding $10,000 for JPMC-8267. As
described in more detail below, the CTRs indicate that JPMC-8276
was associated with various businesses or occupations, including
"ppe trading" and "construction." Based on my knowledge of this
investigation, I believe these descriptions to be intentional
misrepresentations of the true nature of the business associated
with JPMC-8267.

52. On or about July 31, 2023, JPMC filed a CTR for a cash withdrawal of $25,500 from JPMC-8267 on or about July 20, 2023. According to the CTR, the withdrawal occurred at the JPMC bank branch located at 725 South Figueroa Street, Los Angeles, CA 90017. The CTR listed Chinese passport number E66132570 bearing the name "Zheng Lin" and a date of birth of February 8, 1998 as the identification document for the person completing the transaction (the "'Lin' Chinese Passport"). "Lin's" employment was listed as "self-employed ppe trading."

53. On or about September 11, 2023, JPMC filed a CTR for "Lin" for a cash deposit to JPMC-8267. According to the CTR, "Lin" deposited $115,000 in cash to JPMC-8267 on or about August 30, 2023. The CTR listed the "Lin" Chinese passport and DOB, identical to "Lin's" previous CTR. The CTR listed "Lin's" employment as "self-employed trader." The transaction occurred at the JPMC bank branch at 725 South Figueroa Street, Los Angeles, CA 90017.

54. On or about September 6, 2023, "Lin" deposited $57,460 in cash to JPMC-8267. The CTR listed the "Lin" Chinese Passport and his DOB for identification documentation. The CTR listed "Lin's" employment as "self-employed trader." The transaction occurred at the JPMC bank branch 725 South Figueroa Street, Los Angeles, CA 90017.

55. On or about September 20, 2023, JPMC filed a CTR documenting a cash deposit of $105,000 to JPMC-8267 that occurred on or about September 13, 2023. The CTR listed the transaction as a "night deposit" and did not list an individual

making the deposit. The transaction occurred at the JPMC bank branch at 7112 E. Main Street, Reynoldsburg, Ohio, 43068. The records for JPMC-8267 included an electronic copy of a handwritten deposit slip for a $105,000 cash deposit, dated September 13, 2023.

56. On or about September 20, 2023, JPMC filed a CTR documenting $210,000 in cash deposits to JPMC-8267, which posted to the account on or about September 11, 2023. The deposits included the following:

a. $50,000 deposited by F.L., listing the same California Driver's License number and DOB as the CTRs for F.L. for deposits into JPMC-1823 for STONE WATER. The CTR listed F.L.'s occupation listed as "self-employed international trading," and the deposit occurred at the JPMC branch located at 600 Nicollet Mall Ste 261A, Minneapolis, MN, 55402;

b. $70,000 deposited by an individual identified as H.L., listing a California Driver's License number, DOB, and SSN for identification. The CTR listed H.L.'s occupation as "Sales GON2020." The deposit occurred at the JPMC branch located at 1100 E. Franklin Avenue, Minneapolis, MN, 55404; and

c. $90,000 deposited by an individual identified as J.Z., listing a Chinese passport number and DOB for identification, with J.Z.'s occupation listed as "construction." The deposit occurred at the JPMC branch located at 4990 Town Center Parkway, Jacksonville, FL, 32246.

57. On or about September 28, 2023, JPMC filed a CTR documenting two (2) cash deposits to JPMC-8267 totaling

$127,000, which posted to the account on or about September 18, 2023:

       a.    $47,000 deposited by F.L. at 602 N High Point Road, Madison, WI, 53717; and

       b.    $80,000 deposited by an individual identified as J.Z. at 3968 Topawa Drive, Las Vegas, NV, 89103.  The same identification documents were listed for F.L. and J.Z. as previous CTRs.

    **I.**    **MAGIC TRADING CITIBANK, N.A. Account**

   58.  On or about July 17, 2024, I obtained records from CBNA for the account ending in 8626 ("CBNA-8626"), which was an account that had deposited funds into the JPMC-8267 account. CBNA-8626 was titled MAGIC LOCATION TRADING LLC and listed "Lin" and SHI as the authorized signers along with their birthdates. The records listed the account opening date as January 10, 2023.

   59.  I reviewed the account opening application and related documents for CBNA-8626.  I located a photocopy of the "Lin" Chinese Passport, bearing the name "Zheng Lin", DOB February 8, 1998, and a photograph of an Asian male.  The DOB and passport number matched those listed on the CTRs for "Lin" for JPMC. Additionally, the account opening documents listed SHI'S name, DOB, SSN, and California Driver's License number.  The application listed the business industry as, in substance and in part, sale of men's clothing.

60.  I created the table below using the original
transaction descriptions from the records produced for CBNA-
8626.

| TRANSACTION DESCRIPTION | AMOUNT |
|---|---|
| ACH WIRE TRANSFER IN | $  143,930.00 |
| ACH DIRECT DEPOSIT | $   14,378.09 |
| CITIBANK DEBIT CARD – AUTHORIZATION | $   10,507.90 |
| OD STATUS/LIMIT MISCELLANEOUS | $    1,330.00 |
| DELAY | $    1,200.00 |
| TELLER DEPOSIT CROSS FIMP | $    1,200.00 |
| CITIBANK DEBIT CARD – PURCHASE RETURN | $      497.50 |
| ATM DEPOSIT | $      200.00 |
| ONLINE INTERNATIONAL WIRE OUT | $  (117,777.00) |
| DEBIT TO CLOSE ACCOUNT | $   (22,461.77) |
| OTHER WITHDRAWAL/ADJUSTMENT | $   (15,999.38) |
| CITIBANK DEBIT CARD – SIGNATURE PURCHASE | $    (3,254.56) |
| FEES – MISC. TXN SERVICE FEE | $      (579.25) |
| ACH TRANSFER OUT | $      (186.47) |
| FEES – MISC. SERVICE FEE | $       (60.28) |
| FEES – RETURNED CHECK CHRGES | $       (35.00) |
| **Date Range: January, 2023 to July, 2023** | |

61.  I reviewed the wire transfer transactional data for
CBNA-8626.  I observed similar activity as JPMC-8267, where wire
transfers, or ACH debits, were received from various third-party
individuals.  Following those electronic deposits, CBNA-8626
completed international wire transfers to an entity listed as
//

ZHUI TRADING LIMITED.  The table below lists all of the wire
transfer activity contained in the CBNA-8626 ACH records:

| WIRE TRANSFERS FOR CBNA-8626 | | | | |
|---|---|---|---|---|
| TRANSACTION DATE | TRANSACTION TYPE | AMOUNT | ORIGINATOR NAME | BENEFICIARY |
| May 22, 2023 | ACH WIRE TRANSFER IN | $ 5,000.00 | S.C. or C.M. | MAGIC LOCATION TRADING LLC |
| May 23, 2023 | ACH WIRE TRANSFER IN | $ 1,100.00 | S.R. | MAGIC LOCATION TRADING LLC |
| May 24, 2023 | ACH WIRE TRANSFER IN | $ 1,520.00 | J.G. | MAGIC LOCATION TRADING LLC |
| May 24, 2023 | ACH WIRE TRANSFER IN | $ 3,020.00 | E.B. | MAGIC LOCATION TRADING LLC |
| May 24, 2023 | ACH WIRE TRANSFER IN | $ 5,000.00 | J.R. | MAGIC LOCATION TRADING LLC |
| May 25, 2023 | ACH WIRE TRANSFER IN | $ 2,400.00 | T.A-M. | MAGIC LOCATION TRADING LLC |
| May 25, 2023 | ACH WIRE TRANSFER IN | $ 6,600.00 | S.C. or C.M. | MAGIC LOCATION TRADING LLC |
| May 26, 2023 | ACH WIRE TRANSFER IN | $ 1,320.00 | J.A. | MAGIC LOCATION TRADING LLC |
| May 30, 2023 | ACH WIRE TRANSFER IN | $ 1,000.00 | P.S. | MAGIC LOCATION TRADING LLC |
| May 30, 2023 | ACH WIRE TRANSFER IN | $ 8,880.00 | S.C. or C.M. | MAGIC LOCATION TRADING LLC |
| May 30, 2023 | ACH WIRE TRANSFER IN | $ 9,810.00 | M.E. | MAGIC LOCATION TRADING LLC |
| May 31, 2023 | ACH WIRE TRANSFER IN | $ 1,100.00 | I.M. | MAGIC LOCATION TRADING LLC |
| May 31, 2023 | ACH WIRE TRANSFER IN | $ 1,200.00 | S.J. | MAGIC LOCATION TRADING LLC |
| May 31, 2023 | ACH WIRE TRANSFER IN | $ 2,000.00 | R.A-A. | MAGIC LOCATION TRADING LLC |
| Jun 1, 2023 | ACH WIRE TRANSFER IN | $ 5,000.00 | E.N. | MAGIC LOCATION TRADING LLC |
| Jun 1, 2023 | ACH WIRE TRANSFER IN | $ 5,000.00 | J.R. | MAGIC LOCATION TRADING LLC |
| Jun 1, 2023 | ACH WIRE TRANSFER IN | $ 10,000.00 | P.S. | MAGIC LOCATION TRADING LLC |
| Jun 1, 2023 | ACH WIRE TRANSFER IN | $ 40,000.00 | J.T. | MAGIC LOCATION TRADING LLC |
| Jun 2, 2023 | ACH WIRE TRANSFER IN | $ 260.00 | J.G. | MAGIC LOCATION TRADING LLC |
| Jun 2, 2023 | ACH WIRE TRANSFER IN | $ 1,100.00 | C.G. | MAGIC LOCATION TRADING LLC |
| Jun 2, 2023 | ACH WIRE TRANSFER IN | $ 1,200.00 | M.H. | MAGIC LOCATION TRADING LLC |
| Jun 5, 2023 | ACH WIRE TRANSFER IN | $ 1,000.00 | C.S. | MAGIC LOCATION TRADING LLC |
| Jun 5, 2023 | ACH WIRE TRANSFER IN | $ 1,100.00 | R.B. | MAGIC LOCATION TRADING LLC |
| Jun 5, 2023 | ACH WIRE TRANSFER IN | $ 1,100.00 | R.G. or N.G. | MAGIC LOCATION TRADING LLC |
| Jun 5, 2023 | ACH WIRE TRANSFER IN | $ 1,200.00 | F.R. | MAGIC LOCATION TRADING LLC |
| Jun 5, 2023 | ACH WIRE TRANSFER IN | $ 9,000.00 | GENESIS DRYWALL CONTRACTING INC | MAGIC LOCATION TRADING LLC |
| Jun 7, 2023 | ACH WIRE TRANSFER IN | $ 900.00 | A.K. | MAGIC LOCATION TRADING LLC |
| Jun 7, 2023 | ACH WIRE TRANSFER IN | $ 3,020.00 | E.B. | MAGIC LOCATION TRADING LLC |
| Jun 7, 2023 | ACH WIRE TRANSFER IN | $ 9,000.00 | A.K. | MAGIC LOCATION TRADING LLC |
| Jun 9, 2023 | ACH WIRE TRANSFER IN | $ 3,000.00 | R.R. | MAGIC LOCATION TRADING LLC |
| Jun 20, 2023 | ACH WIRE TRANSFER IN | $ 2,100.00 | R.B. | MAGIC LOCATION TRADING LLC |
| May 26, 2023 | INTERNATIONAL WIRE OUT | $ 23,888.00 | MAGIC LOCATION TRADING LLC | ZHUI TRADING LIMITED |
| Jun 5, 2023 | INTERNATIONAL WIRE OUT | $ 48,000.00 | MAGIC LOCATION TRADING LLC | ZHUI TRADING LIMITED |
| Jun 6, 2023 | INTERNATIONAL WIRE OUT | $ 10,889.00 | MAGIC LOCATION TRADING LLC | ZHUI TRADING LIMITED |
| Jun 6, 2023 | INTERNATIONAL WIRE OUT | $ 35,000.00 | MAGIC LOCATION TRADING LLC | ZHUI TRADING LIMITED |
| Note: Initials indicate an individual | | | | |

**Exhibit A**
**42 of 53**

62. CBNA also produced records that showed that CBNA-8626
served as an intermediary[3] to transfer funds from JPMC-8267 to a
third party.

63. The table below summarizes the wire transfers from
JPMC-8267 that used CBNA-8626 as an intermediary, based on
information produced by CBNA:

| Transaction Date | Amount | Originator | Debit Party | Credit Party | Beneficiary |
|---|---|---|---|---|---|
| 9/12/2023 | $ 580,000.00 | Magic Location Trading | JP Morgan Chase | PingPong Global Solutions | Magic Location Trading Limited |
| 9/14/2023 | $ 153,000.00 | Gang Jian Shu | Citibank N.A. | JP Morgan Chase | Magic Location Trading LLC |
| 9/19/2023 | $ 486,849.00 | Magic Location Trading LLC | JP Morgan Chase | PingPong Global Solutions | Magic Location Trading Limited |
| 9/6/2023 | $ 330,000.00 | Magic Location Trading LLC | JP Morgan Chase | PingPong Global Solutions | Magic Location Trading Limited |
| 9/12/2023 | $ 310,000.00 | Magic Location Trading LLC | JP Morgan Chase | PingPong Global Solutions | Magic Location Trading Limited |
| 9/5/2023 | $ 210,000.00 | Magic Location Trading LLC | JP Morgan Chase | PingPong Global Solutions | Magic Location Trading Limited |
| 9/13/2023 | $ 200,000.00 | Magic Location Trading LLC | JP Morgan Chase | PingPong Global Solutions | Magic Location Trading Limited |
| 9/14/2023 | $ 200,000.00 | Magic Location Trading LLC | JP Morgan Chase | PingPong Global Solutions | Magic Location Trading Limited |
| 9/7/2023 | $ 150,000.00 | Magic Location Trading LLC | JP Morgan Chase | PingPong Global Solutions | Magic Location Trading Limited |
| 9/8/2023 | $ 42,000.00 | Magic Location Trading LLC | JP Morgan Chase | Fed/Chips Holdover | Magic Location Trading Limited |
| Total | $ 2,661,849.00 | | | | |

64. According to the website for PingPong Global
Solutions, which received the majority of the transfers
described above, the company provides cross border e-commerce
services, such as transfers between entities located in
different countries. Based on that information, and my review
of the CBNA-8626 intermediary wire transfers, it appears that LI
and SHI moved victim funds from the MAGIC TRADING JPMC-8267 to
unknown locations overseas.

---

[3] I know from my training and experience with investigations
involving international wire transfers that intermediary banks
may be used to facilitate international wire transfers. Certain
banks may have a more direct relationship with a foreign bank,
and therefore offer more immediate transfer services, or lower
fees. Citibank advertises services with Hong Kong on its
publicly available website. Additionally, subjects may use an
intermediary account so that the originating account does not
show the immediate destination, requiring additional
investigation.

**J.    Identification of MINGZHI LI as "Lin's" True Identity**

65. On or about October 2, 2024, SA Wrathall queried a Department of Homeland Security ("DHS") database that maintains travel records for individuals entering and departing the United States.  SA Wrathall could not locate any travel history for the "Lin" Chinese passport or "Lin's" personal identifying information.

66. I provided a copy of the "Lin" Chinese passport to Custom and Border Protection ("CBP") Officer Richard Andrade, who currently serves as a Task Force Officer with the FBI.  CBP Officer Andrade researched DHS databases that maintain records of passports, visas, and other records of individuals entering and departing the United States through lawful means at various U.S. Ports of Entry.

//

//

67. Officer Andrade located a photograph of an individual identified as MINGZHI LI, who appeared to be the same person as "Lin". Both images appear below:

"Lin" Chinese Passport:



MINGZHI LI:



68. The photograph of LI above was taken by CBP personnel at Los Angeles International Airport on or about January 8, 2020

when he arrived from China.  CBP Officer Andrade also informed

me that LI, a Chinese citizen, was currently in the United

States with a student visa.

　69.  The image below was created with cropped versions of

both images along with LI'S California Driver's license

photograph, for comparison purposes:



| LI California Driver's License | LIN Chinese Passport | MINGZHI LI CBP Photograph |
|---|---|---|
| 9/3/2024 | Unknown | 1/8/2020 |

　70.  Based on the information provided by CBP Officer

Andrade, I believe the "Lin" Chinese Passport was an alias used

by LI to conceal his true identity while operating MAGIC TRADING

with SHI.  LI completed wire transfers of stolen funds and large

cash transactions that required documentation identifying the

individual completing the cash deposits or withdrawals, which

would have resulted in several documents identifying LI involved

in illegal activity and jeoparded his ability to remain in the

U.S. as a visiting student with a visa.

### K.   Identification of ZEYUE JIA as "Liu's" True Identity

71.  On or about October 11, 2024, CBNA produced records for account number ending in 6846 (CBNA-6846), which was titled STONE WATER TRADING LLC, and listed SHI and "Liu" as authorized signers.

72.  The type of business on the account opening application listed, in substance and in part, sale of women's clothing.  "Liu" was listed as the President of STONE WATER and SHI was listed as the Vice President.  The application was signed with the name "Jiao Jiao Liu" on or about December 30, 2022.

73.   I reviewed wire transfer activity for CBNA-6846, and observed similar activity as JPMC-8267, such as wires received by individuals followed by outbound transfers to entities, including those that appeared to be located in foreign countries.

74.  The documents for CBNA-6846 included a photocopy of the "Liu" Chinese Passport, obtained on or about when the account was opened:



75. No travel records were identified for the "Liu" Chinese Passport or the listed personal identifying information.

76. The account opening documents for CBNA-6846 also included a photocopy of SHI'S real California Driver's License.

77. On October 11, 2024, I provided a copy of the "Liu" Chinese passport to CBP Officer Andrade.

78. CBP Officer Andrade researched Department of Homeland Security databases and identified ZEYUE JIA as "Liu's" true identity, based on a photograph from JIA'S 2017 Visa Application, which appeared to match the photograph of the woman on the "Liu" Chinese Passport. I also obtained a copy of JIA'S California Driver's License ("CDL") record and photograph, which appeared to be the same person in the photograph on the "Liu" Chinese Passport. All three are displayed below for comparison:



| JIA California Driver's License | LIU Chinese Passport: | JIA Visa Application: |
|---|---|---|
| 4/12/2021 | Unknown | 6/17/2017 |

79. I reviewed the CDL records for JIA and LI. JIA'S CDL listed a previous address of 2700 Main Street, Apartment 350, in

Irvine, California as of May 28, 2021. JIA'S CDL address was updated to 825 South Hill Street, Apartment 3905, Los Angeles, CA 90014 – i.e., the SUBJECT PREMISES - as of May 7, 2024. LI'S CDL listed a previous address of 2700 Main Street, Apartment 350, in Irvine, California as of April 15, 2022. LI'S CDL address was updated to 825 South Hill Street, Apartment 3905, Los Angeles, CA 90014 – i.e., the SUBJECT PREMISES - as of September 3, 2024.

**L. MAGIC TRADING and STONE WATER OPERATED AS UNREGISTERED MSBs**

80. Multiple searches of the U.S. Treasury Department's FinCEN MSB database did not yield any registration for MAGIC LOCATION TRADING LLC, SHI, LI, or "Lin". Additionally, a search of the California Directory of Money Transmitters, maintained by the California Department of Financial Protection and Innovation, did not yield any evidence of registration for MAGIC LOCATION TRADING LLC, SHI, LI, or "Lin". I queried the same databases for STONE WATER TRADING LLC, JIA, and "Liu" and did not locate any evidence of MSB registration.

81. Interviews of victims who transferred funds to MAGIC TRADING and STONE WATER revealed that they did so to remit funds to what they believed to be legitimate investment platforms.

82. A review of bank documents and corporate registration documents for MAGIC TRADING and STONE WATER did not reveal any direct connection with the trading platforms that the entities supported, but rather represented them as individual businesses.

83. In its support of fictitious investment platforms, MAGIC TRADING and STONE WATER, both incorporated by SHI, served as third-party entities that received funds and then remitted them to unknown actors overseas.

84. Victims that transferred funds to MAGIC TRADING and STONE WATER and were interviewed by the FBI stated that they were paying fees or funding what they believed to be investment accounts for third-party entities, which likely operated overseas.

85. The variety of individuals who wired funds to JPMC-8267 and JPMC-1823 as directed by unknown persons operating in conjunction with various digital trading platforms suggested that MAGIC TRADING and STONE WATER were formed and made available for members of the public involved in such activity.

86. The cash deposits by different individuals, including listed accountholders, as documented in CTRs filed by JPMC, indicate additional third-party money movement by MAGIC TRADING and STONE WATER.

87. SHI established both entities with the California Secretary of State and was an authorized signer on the accounts for MAGIC TRADING and one account for STONE WATER.

88. My review of CTRs revealed that F.L. and J.Q.Z. deposited cash to accounts held by STONE WATER and MAGIC TRADING, indicating an additional connection between the two entities.

89. LI and JIA used aliases to conceal their true identities while opening accounts and completing large cash

49
**Exhibit A**
**50 of 53**

deposits and withdrawals. Additionally, LI, JIA, and SHI mislead the banks on the nature of their businesses (MAGIC TRADING and STONE WATER) when accounts were opened or large cash deposits or withdrawals were completed.

### V. CONCLUSION

90. For all of the reasons described above, there is probable cause to believe that LI, JIA, and SHI committed violations of Title 18, United States Code, 1960(b)(1)(B) (Conduct, control manage, supervise, direct, or own a money transmitting business without a license).

/s/
Special Agent Daniel Clift,
Federal Bureau of
Investigation

Subscribed to and sworn before me
this 29th da_ of Januar_,2025.

THE HONORABLE JOHN D. EARLY
UNITED STATES MAGISTRATE JUDGE

**Exhibit A: Sources (Deposits) and Uses (Withdrawals) for JPMC-8267**

| Summary Description | Sources (Deposits) | Uses (Withdrawals) |
|---|---|---|
| Alleged Victim Wire | $3,731,567.08 | |
| Deposits (Cash or Checks) | $634,460.00 | |
| Wells Fargo Cashier's Check | $568,365.98 | |
| High Digits Financial LLC | $289,000.00 | |
| Zelle Deposit | $99,484.69 | |
| Wire reversal | $41,960.00 | |
| Citibank - Magic Location Trading LLC | $15,924.38 | |
| Cash App - Various Individuals or Entities | $11,394.13 | |
| Cash App - J.S. | $4,307.25 | |
| Cash App - L.W. | $4,214.97 | |
| Transfer from F.M. | $3,000.00 | |
| Cash Deposit | $1,100.00 | |
| Misc. Individually under $200 | $590.96 | |
| Airwallex | $145.00 | |
| Transfer to CBNA Account | | ($3,008,356.00) |
| Sent to Hong Kong Banks | | ($1,268,785.00) |
| Account Closing | | ($528,507.59) |
| Century Software Limited | | ($191,710.00) |
| Jupiter Advertising | | ($159,850.00) |
| Sperax Inc | | ($68,028.79) |
| Zelle Payment | | ($39,687.00) |
| Electronic Withdrawal | | ($25,500.00) |
| Newstyle Entertainment Payroll | | ($23,670.09) |
| Hsj Rosewood Inc | | ($15,000.00) |
| M.Z. | | ($13,027.64) |
| Murphy Cooke LLP | | ($8,000.00) |
| IRS | | ($5,571.73) |
| S.T. | | ($5,200.00) |
| Sound Nightclub | | ($5,000.00) |
| Asia Travel Express Inc | | ($4,900.00) |
| Crate & Barrel | | ($4,876.55) |
| Z.T. and C.W. | | ($4,600.00) |
| Expedia | | ($4,098.58) |
| Maximum Security Safes | | ($4,061.10) |
| Condor | | ($3,879.98) |
| X.S. | | ($3,000.00) |
| Apple | | ($1,660.56) |
| Misc. Individually under $200 | | ($1,601.05) |
| L.P. | | ($1,423.50) |
| Singaporeai | | ($1,315.90) |
| Cold Fish Pot | | ($831.24) |
| Brussels AI | | ($656.00) |
| Taste Changan | | ($613.36) |
| Bank Fees | | ($555.00) |
| Service Charges | | ($455.00) |
| ATM Withdrawal | | ($400.00) |
| Airwallex | | ($388.40) |
| Red Dragon (Restaurant) | | ($304.38) |
| **Totals** | **$5,405,514.44** | **$ (5,405,514.44)** |

## Exhibit B: Wire Deposits to JPMC-8267 by Individual

| Transaction Authorization Date | Transaction Type | Wire Originator (Initials and location, if provided) | Amount | Notes on Wire Transfer (If Applicable) |
|---|---|---|---|---|
| Wire Transfer Deposits to JPMC-8267 from Individuals | | | | |
| 2023-06-30 | INBOUND FED WIRE TRANSFER | B.M CHARLOTTE, NC | $15,500.00 | OTHER INVESTMENT |
| 2023-06-30 | INBOUND FED WIRE TRANSFER | S.G. Akron, OH | $15,000.00 | |
| 2023-06-30 | INBOUND FED WIRE TRANSFER | E.C. | $12,880.70 | POP GOODS |
| 2023-07-03 | INBOUND FED WIRE TRANSFER | H.C. PORTLAND, OR | $10,000.00 | HELP HER SON BUY A HOUSE |
| 2023-07-05 | INBOUND FED WIRE TRANSFER | X.L. FLUSHING NY | $112,000.00 | TRADING FEE |
| 2023-07-05 | INBOUND FED WIRE TRANSFER | Y.T. BARTLETT TN | $30,000.00 | |
| 2023-07-05 | INBOUND FED WIRE TRANSFER | H.C. PORTLAND, OR | $15,000.00 | |
| 2023-07-06 | INBOUND FED WIRE TRANSFER | F.L. CA | $5,000.00 | POP FAMILY SUPPORT HOSPITAL EXPE |
| 2023-07-06 | INBOUND FED WIRE TRANSFER | R.R. FILLMORE, CA | $4,000.00 | INVESTMENT INVESTMENT COMPANY |
| 2023-07-06 | INBOUND FED WIRE TRANSFER | C.K Seattle, WA | $10,000.00 | GLOBAL FCU |
| 2023-07-06 | INBOUND FED WIRE TRANSFER | Y.L. IRVINE, CA | $20,000.00 | |
| 2023-07-24 | INBOUND FED WIRE TRANSFER | J.S. PENSACOLA, FL | $15,000.00 | |
| 2023-08-11 | INBOUND FED WIRE TRANSFER | I.T. GRAND BLANC, MI | $47,000.00 | INVESTMENT FOR TRADING STOCKS |
| 2023-08-15 | DEPOSIT | Q.Z. | $98,210.00 | |
| 2023-08-23 | INBOUND FED WIRE TRANSFER | L.P. DENVER, CO | $120,000.00 | |
| 2023-08-23 | INBOUND FED WIRE TRANSFER | S.C GREAT FALLS, VA | $10,000.00 | GOOD AND SERVICES FOR MR. SHAFIQ AH MAD CHAUDHURI |
| 2023-08-24 | INBOUND FED WIRE TRANSFER | D.R. WYLIE, TX | $61,000.00 | PURCHASE OF ANTIQUE FURNITURE |
| 2023-08-29 | INBOUND FED WIRE TRANSFER | T.K. | $7,166.00 | |
| 2023-08-29 | INBOUND FED WIRE TRANSFER | J.A. OAKLAND, CA | $14,530.00 | |
| 2023-08-29 | INBOUND FED WIRE TRANSFER | Y.G. HESPERIA, CA | $23,000.00 | |
| 2023-08-31 | INBOUND FED WIRE TRANSFER | K.B. LIVERMORE, CA | $10,000.00 | GOODS |
| 2023-09-01 | INBOUND FED WIRE TRANSFER | F.F. WAVERLY, OHIO | $45,000.00 | |
| 2023-09-01 | INBOUND FED WIRE TRANSFER | R.N. RIVERTON, UT | $90,000.00 | DEPOSIT TO SAVINGS / INVESTMENT |
| 2023-09-01 | INBOUND FED WIRE TRANSFER | Y.C. FLUSHING NY | $15,000.00 | |
| 2023-09-01 | INBOUND FED WIRE TRANSFER | F.F. WAVERLY, OHIO | $65,000.00 | |
| 2023-09-05 | INBOUND FED WIRE TRANSFER | D.A. GOSHEN, OH | $13,000.00 | |
| 2023-09-05 | INBOUND FED WIRE TRANSFER | J.P. ROYSE CITY, TX | $20,050.00 | |
| 2023-09-05 | INBOUND FED WIRE TRANSFER | D.E. | $25,000.00 | |
| 2023-09-05 | INBOUND FED WIRE TRANSFER | M.E. | $27,000.00 | |
| 2023-09-05 | INBOUND FED WIRE TRANSFER | C.L. AUSTIN, TX | $100,000.00 | |
| 2023-09-05 | INBOUND FED WIRE TRANSFER | G.M. | $20,000.00 | |
| 2023-09-05 | INBOUND FED WIRE TRANSFER | Z.M. ASTORIA, NY | $26,688.00 | PERSONAL EXPENSE |
| 2023-09-06 | INBOUND FED WIRE TRANSFER | N.S., NORTH HOLLYWOOD, CA | $10,000.00 | |
| 2023-09-06 | INBOUND FED WIRE TRANSFER | A.M. | $80,765.20 | |
| 2023-09-07 | INBOUND FED WIRE TRANSFER | A.J. BRONX, NY | $10,000.00 | |
| 2023-09-07 | INBOUND FED WIRE TRANSFER | Q.N. HOUSTON, TX | $20,000.00 | |
| 2023-09-07 | INBOUND FED WIRE TRANSFER | S.T. SOUTH SAN FRANCISCO, CA | $20,000.00 | |
| 2023-09-08 | DEPOSIT | P. L. | $28,950.00 | |
| 2023-09-08 | INBOUND FED WIRE TRANSFER | M.I. IRVINE, CA | $20,155.18 | PURCHASE MERCHANDISE FOR BUSINESS PARTNER |
| 2023-09-11 | INBOUND FED WIRE TRANSFER | T.D. MONTICELLEO, MN | $250,000.00 | |
| 2023-09-11 | INBOUND FED WIRE TRANSFER | L.P. DENVER, CO | $329,721.00 | |
| 2023-09-12 | INBOUND FED WIRE TRANSFER | P.N. VANCOUVER, WA | $25,000.00 | PAYING A FRIEND |
| 2023-09-12 | INBOUND FED WIRE TRANSFER | N.W. HERCULES, CA | $200,000.00 | |
| 2023-09-13 | INBOUND FED WIRE TRANSFER | R.L. JACKSONVILLE, FL | $100,000.00 | |
| 2023-09-14 | INBOUND FED WIRE TRANSFER | S.K. | $100,000.00 | |
| 2023-09-14 | INBOUND FED WIRE TRANSFER | G.S. | $153,000.00 | |
| 2023-09-15 | INBOUND FED WIRE TRANSFER | R.N. RIVERTON, UT | $152,000.00 | DEPOSIT INTO SAVING / INVESTMENT |
| 2023-09-18 | INBOUND FED WIRE TRANSFER | M.F. CORAL GABLES, FL | $179,350.00 | |
| 2023-09-19 | INBOUND FED WIRE TRANSFER | J.P. IRVINE, CA | $349,000.00 | |
| 2023-09-19 | INBOUND FED WIRE TRANSFER | S.T. GAMBRILLS, MD | $100,000.00 | |
| 2023-09-21 | INBOUND FED WIRE TRANSFER | K.B | $10,000.00 | |
| 2023-09-21 | INBOUND FED WIRE TRANSFER | E.K. SUFFERN, NY | $50,000.00 | PURCHASE GOODS |
| 2023-09-21 | INBOUND FED WIRE TRANSFER | U.W. FAIRFIELD, CT | $15,500.00 | |
| 2023-09-25 | CREDIT/DEPOSIT | A.T. CORONA, NY | $2,000.00 | |
| 2023-09-25 | CREDIT/DEPOSIT | M.P. MEDINA, TN | $10,000.00 | |
| 2023-09-25 | CREDIT/DEPOSIT | J.A. MARIETTA, OH | $22,000.00 | |
| 2023-09-25 | CREDIT/DEPOSIT | S.A. CHAPEL HILL, NC | $20,001.00 | INVENTORY PURCHASE WATCHES AND JEWLERY |
| 2023-09-25 | CREDIT/DEPOSIT | P.Z. PHOENIX, AZ | $300,000.00 | |
| 2023-09-25 | CREDIT/DEPOSIT | T.R. MELBOURNE, FL | $52,100.00 | |
| 2023-09-25 | CREDIT/DEPOSIT | J.T. | $20,000.00 | |
| Total | | | $3,731,567.08 | |
| Identified as a victim of investment fraud based on interview or IC3 Report | | | | |

52

**Exhibit A**